**Motion Granted and Abatement Order filed July 26, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00155-CR

———————

### HOANG THANH DANG, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from County Criminal Court at Law No. 12**
**Harris County, Texas**
**Trial Court Cause No. 2099579**

## ABATEMENT ORDER

Appellant filed a motion in this court asking us to abate the appeal and order the trial court to (1) make findings of fact and conclusions of law regarding the court's denial of appellant's oral motion to suppress evidence, and (2) have those findings and conclusions filed in a supplemental clerk's record under Texas Rule of Appellate Procedure 34.5(c). The motion has been pending for more than ten days, and the State has not filed a response.

When the losing party on a motion to suppress evidence requests findings of fact and conclusions of law, the trial court is required to make them. *See State v. Cullen*, 195 S.W.3d 696, 698–99 (Tex. Crim. App. 2006). In this case, appellant did not request findings of fact and conclusions of law regarding the denial of his motion to suppress. However, the trial court stated on the record that it would make findings and conclusions if appellant "let [the court] know" about an appeal:

> We have denied the motion to suppress. It gives you leave to appeal the Court's findings, if you choose to do so. If you have to do that, let me know. I'll write the findings of facts, conclusions of law to go with my process here.

We **GRANT** the motion to abate and order as follows. The trial court is directed to reduce to writing its findings of fact and conclusions of law on the denial of appellant's motion to suppress and have a supplemental clerk's record containing those findings filed with the clerk of this court on or before **August 27, 2018**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the trial court's findings and recommendations are filed in this court. The court will also consider an appropriate motion to reinstate the appeal filed by either party.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby.